■ JAMES C. TOLBERT, Petitioner, v GEORGE A. REED, as County Court Judge, County of Ontario, Respondent.—Proceeding dismissed, without costs, upon stipulation. (Art 78.) Present—Cardamone, J. P., Simons, Hancock, Jr., and Witmer, JJ.

■ J. D. TAYLOR CONSTRUCTION CORP., Respondent, v CITY OF SYRACUSE et al., Appellants, and SAMUEL KOSOFF & SONS, INC., Respondent. (Appeal No. 2.)—Appeal unanimously dismissed ·as moot. (Appeal from order of Onondaga Supreme Court—dismiss petition.) Present—Marsh, P. J., Cardamone, Simons, Hancock, Jr., and Witmer, JJ. (Order entered June 30, 1978.)

■ DOLORES E. THORNDIKE, as Executrix of FRANCES M. RUF, Deceased, et al., Respondents, and PATRICIA A. SWARTHOUT, Respondent-Appellant, v WILBURT J. COOMBES, Respondent, and JAMES SKORDY et al., Appellants-Respondents. (Appeal No. 1.)—Motion to modify remittitur order granted and decision dated and order entered May 26, 1978 amended by deleting therefrom the provision granting costs to defendant Joseph Hurst. Present—Moule, J. P., Cardamone, Simons and Hancock, Jr., JJ.

■ In the Matter of GARY ATTI et al., Respondents, v STANLEY M. MAKOWSKI, as Mayor of the City of Buffalo, et al., Appellants.—Motion to resettle remittitur order denied. In affirming the judgment appealed from this court was not called upon to, nor did it, determine the rights of the parties after October 31, 1977; motion for a stay denied. Present—Marsh, P. J., Cardamone, Dillon, Hancock, Jr., and Witmer, JJ.

(July 13, 1978)

■ In the Matter of HOMOGENEOUS METALS, INC., Respondent, v EDWARD L. BISHOP, as Custodian for TROY J. BISHOP and Another, et al., Appellants—Appeal dismissed, without costs, upon stipulation. (Appeal from order of Oneida Supreme Court—Business Corporation Law, § 623.) Present—Marsh, P. J., Moule, Simons, Hancock, Jr., and Witmer, JJ.